[No. 5080–3–II.   Division Two.   July 21, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND DAVID WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 56736, William L. Brown, Jr., J., entered October 15, 1980. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Worswick, JJ.

[No. 4893–1–II.   Division Two.   July 21, 1982.]

ALLEN COWLES, ET AL, *Respondents,* v. FORREST HANSEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clallam County, No. 26259, Robert J. Bryan, J., entered June 18, 1980. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick and Green, JJ.

[Nos. 4808–6–II; 5051–0–II; 5083–8–II.   Division Two.   July 21, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN LAURENCE SELLBERG, *Appellant.*

Appeals from a judgment of the Superior Court for Clark County, No. 79–1–00346–8, Thomas L. Lodge, J., entered May 5, 1980. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Worswick, JJ.

[Nos. 5441–8–II; 5442–6–II; 5443–4–II.   Division Two.   July 22, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RENA FRANCIS HARRIS PRIMROSE, *Appellant.*

Appeals from a judgment of the Superior Court for Cowlitz County, No. 7533, Alan R. Hallowell, J., entered March 12, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Worswick, J.